NO. SCWC-30331

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

KIM R. MASSEY, Petitioner/Defendant-Appellant,

vs.

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30331; CR. NO. 06-1-2105)

ORDER
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of Petitioner/Defendant-Appellant Kim R. Massey's correspondence, which was received and filed on September 5, 2012, which we view as a motion for reconsideration of dismissal of the application for writ of certiorari and for appointment of appellate counsel, and the records and files herein, our rules do not allow for reconsideration of the acceptance or rejection of an application for certiorari. Hawai'i Rules of Appellate Procedure Rule 40.1(h). Therefore,

IT IS HEREBY ORDERED that the motion for reconsideration of the order dismissing the application for writ of certiorari and for appointment of appellate counsel is denied.

DATED: Honolulu, Hawai'i, September 14, 2012.

Kim R. Massey,
petitioner, pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

